IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Shirley | Case Number: 08 B 03344 |
|---|---|---|
| | Bass, Rickie | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 2/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 654.50 |
| Trustee Fee: |  | 45.50 |
| Other Funds: |  | 0.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,501.50 | 654.50 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | First Security Bank | Secured | 2,598.80 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 11,000.00 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 244.17 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 246.37 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 236.50 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 66.86 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 41.62 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 165.93 | 0.00 |
| 12. | Cavalry Portfolio Services | Unsecured | 53.40 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 45.29 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 445.22 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 23.54 | 0.00 |
| 16. | Educational Credit Management Corp | Unsecured | 289.41 | 0.00 |
| 17. | CBA | Unsecured |  | No Claim Filed |
| 18. | ARS | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 21. | Credit Management Service | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Debt Recovery Solutions | Unsecured |  | No Claim Filed |
| 24. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Shirley | | Case Number: 08 B 03344 |
|---|---|---|---|
| | Bass, Rickie | | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | | Filed: 2/14/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Allied Interstate | Unsecured | | No Claim Filed |
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | ER Solutions | Unsecured | | No Claim Filed |
| 30. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 32. | ER Solutions | Unsecured | | No Claim Filed |
| 33. | Midland Credit Management | Unsecured | | No Claim Filed |
| 34. | Overland Bond & Investment Corp | Unsecured | | No Claim Filed |
| 35. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 36. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,983.61 | $ 654.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 45.50 |
| | _____ |
| | $ 45.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marsh_____